**Order filed February 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00948-CV
_____

### RWH HOMEBUILDERS, LP, Appellant

### V.

### BLACK DIAMOND DEVELOPMENT LLP AND KIRBY FRANK, INC., Appellees

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-39246**

## ORDER

On February 4, 2014, the parties to this appeal filed a joint motion asking this court to adopt a briefing schedule. The motion is granted.

Accordingly we order the following:

- RWH's opening brief as Appellant shall be due on March 12, 2014, or such further date as extended by the Court (with a 15,000 word count

limit);

- Kirby Frank and Black Diamond's joint brief as Appellees/Cross-Appellants shall be due 30 days after RWH's opening brief is filed, or such further time as extended by the Court, and shall contain both their briefing as Cross-Appellants and their response to Appellant's brief (with a total word count limit of 30,000 words – 15,000 for the Appellee's portion and 15,000 for the Cross-Appellant's portion);

- RWH's combined reply brief as Appellant and response brief to Appellant/Cross-Appellee's cross-appeal shall be due 30 days after the opening brief of Kirby Frank and Black Diamond is filed, or at such further time as extended by the Court (with a 22,500-word limit – 15,000 for the Cross-Appellee's brief and 7,500 for the reply brief); and

- Kirby Frank and Black Diamond's joint reply brief as Cross-Appellants shall be due 20 days after RWH's combined response brief, or such further time as extended by the Court (with a 7,500 word limit) and shall be limited solely to a reply on their cross-appeal.


PER CURIAM